IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Hunter Hott            :

      Plaintiff(s),    :    Case No. 3:24-CV-231

                                                                        District Judge Newman
                                                                        Magistrate Judge Silvain, Jr.

      vs.              :

Village of Mechanicsburg, et al.  :    RULE 26(f) REPORT OF PARTIES
                                                                          (to be filed not later than seven (7)
                                                                       days prior to the preliminary
      Defendant(s).     :    pretrial conference)

    1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____,
and was attended by:

Bradley M. Gibson _____, counsel for plaintiff(s) Hunter Hott _____

David Shaver _____, counsel for plaintiff(s) Village of Mechanicsburg

Jeffrey Turner _____, counsel for plaintiff(s) Village of Mechanicsburg

Katherine Barbiere _____, counsel for defendant(s) Robert McConnell

_____, counsel for defendant(s) _____

_____, counsel for defendant(s) _____

_____, counsel for defendant(s) _____

2. The parties:

   \_\_\_\_ have provided the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1), including a medical package (if applicable).

   **X** will exchange such disclosures by __November 6, 2024__.

   \_\_\_\_ are exempt from disclosure under Fed. R. Civ. P. 26(a)(1)(E).

3. The parties:

   \_\_\_\_ unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

   **X** do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

   \_\_\_\_ unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), <u>for trial purposes only</u>, in the event that the assigned District Judge is unavailable on the date set for trial (e.g., because of other trial settings, civil or criminal).

4. Recommended cut-off date for filing of motions directed to the pleadings:

   __January 29, 2025__

5. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: __January 15, 2025__

6. Recommended discovery plan:

   a. Describe the subjects on which discovery is to be sought and the nature, extent and scope of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:

   Defendants' policies, practices, and procedures related to traffic stops and use of force, McConnell's personnel files, applications for employment, and Defendants' internal correspondence regarding McConnell and the incident described in the complaint.

Defendants anticipate needing to conduct discovery regarding Plaintiff's claims and alleged damages, as well as regarding any expert testimony that Plaintiff intends to rely on.

b.  What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitations to 40 interrogatories/requests for admissions and the limitation of 10 depositions, each lasting no more than one day consisting of seven (7) hours?

   None

c.  Additional recommended limitations on discovery:

   None

d.  Recommended date for disclosure of lay witnesses.
   February 19, 2025

e.  Describe the areas in which expert testimony is expected and indicate whether each expert has been or will be specifically retained within the meaning of Fed. R.

Civ. P. 26(a)(2).

Officer training, traffic stops, use of force

f. Recommended date for making primary expert designations:

May 7, 2025

g. Recommended date for making rebuttal expert designations:

July 2, 2025

h. The parties have electronically stored information in the following formats:

word, pdf, emails, body camera footage

The case presents the following issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

Protective order may be necessary

     i. The case presents the following issues relating to claims of **privilege or of protection as trial preparation materials:**

     _____None anticipated_____

     _____

     _____

     Have the parties agreed on a procedure to assert such claims **AFTER** production?

          __X__ No

          _____ Yes

          _____ Yes, and the parties ask that the Court include their agreement in an order.

     j. Recommended discovery cut-off date: ____September 10, 2025_____

6. Recommended dispositive motion date: ____October 15, 2025_____

7. Recommended date for status conference (if any): _____

8. Suggestions as to type and timing of efforts at Alternative Dispute Resolution:

     _____settlement conference with magistrate judge_____

     _____

     _____

9. Recommended date for a final pretrial conference: ____November 12, 2025____

10. Has a settlement demand been made? __Yes__ A response? __Yes__

    Date by which a settlement demand can be made: __any__

    Date by which a response can be made: __any__

11. Other matters pertinent to scheduling or management of this litigation:

    N/A

Signatures:

| Attorney for Plaintiff(s): | Attorney for Defendant(s) |
|---|---|
| Bradley M. Gibson | David Shaver |
| Ohio Bar # 0087109 | Ohio Bar # 0085101 |
| Trial Attorney for Hunter Hott | Trial Attorney for Village of Mechanicsburg |
| | Jeffrey Turner |
| Ohio Bar # | Ohio Bar # 0063154 |
| Trial Attorney for | Trial Attorney for Village of Mechanicsburg |
| | Katherine Barbiere |
| Ohio Bar # | Ohio Bar # 0089501 |
| Trial Attorney for | Trial Attorney for Robert McConnell |
| Ohio Bar # | Ohio Bar # |
| Trial Attorney for | Trial Attorney for |