# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HUNTER HOTT, | : | Case No. 3:24-cv-231 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| VILLAGE OF MECHANICSBURG, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

The discovery phase of this case has ended.  No discovery motions or other matters referred to the undersigned Judicial Officer remain pending.  The parties confirmed in the teleconference on October 27, 2025 with the undersigned Judicial Officer that discovery would be complete in the case by November 5, 2025.  The case is presently set for further proceedings before United States District Judge Michael J. Newman.  The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No motions or other matters in this case remain pending before the undersigned Judicial Officer.

November 6, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge