UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HUNTER HOTT,

      Plaintiff,

vs.

VILLAGE OF MECHANICSBURG, *et al.*,

      Defendants.

Case No. 3:24-cv-231

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER:  REFERRING THIS CASE TO MAGISTRATE JUDGE PETER B. SILVAIN, JR., IN HIS ROLE AS MEDIATION COORDINATOR, TO ASSIGN THIS CASE TO THE APPROPRIATE MAGISTRATE JUDGE FOR MEDIATION

---

This is a civil case in which Plaintiff Hunter Hott alleges, in a nine-count complaint and with the assistance of counsel, violations of his Fourth Amendment rights under 42 U.S.C. § 1983, as well as state law claims for false arrest, malicious prosecution and assault and battery.  Doc. No. 1 at PageID 8-15.  Defendants are Officer Robert McConnell and the Village of Mechanicsburg, Ohio.  Doc. No. 1 at PageID 4.

Rule 16.3(a)(1) of the Southern District of Ohio Civil Rules provides, "Upon request by any party or in its discretion and at such times during the progress of the case as appear appropriate, the Court may assign any civil case that is not exempted hereunder for one or more mediation conferences."[1]

The instant case has progressed to the point where referral for a mediation conference is appropriate because it may assist the parties in reaching a just, speedy, and less expensive

---

[1] A case is exempt from a mediation conference when it is exempt from the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1)(B).  *See* S.D. Ohio Civ. R. 16.3(b).  The instant case is not exempt from Rule 26(a)(1)(B)'s initial disclosure requirements and, as a result, it is not exempt from participating in the mediation conference(s) required by this Order.  *See id.*

resolution of this case, *cf.* Fed. R. Civ. P. 1, especially when compared to litigating the case through trial, if warranted, and appeal, if pursued.  Consequently, pursuant to 28 U.S.C. § 636(c) and S.D. Ohio Civ. R. 16.3(a)(1), this case is hereby **REFERRED** to Magistrate Judge Peter B. Silvain, Jr. as mediation coordinator, for the purpose of assigning this case for mediation.  The Court **ORDERS** the parties to participate in good faith in the mediation conference(s).  The date for the mediation conference(s) shall be arranged directly with the assigned Magistrate Judge.

      **IT IS SO ORDERED.**

March 23, 2026                              s/*Michael J. Newman*
                                                Hon. Michael J. Newman
                                                United States District Judge